UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHE JAHKEEN GHIRAWOO | DOCKET NO. 1:22-CV-6142 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 16), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss (Doc. 12) is **GRANTED** and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE in Chambers this 11th day of May, 2023.

Robert R. Summerhays
United States District Judge